# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 16-2016

———————————————————

Ramon Tino Tomas

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

——————————

Petition for Review of an Order of the
Board of Immigration Appeals

——————————

Submitted: January 13, 2017
Filed: January 19, 2017
[Unpublished]

——————————

Before SMITH, ARNOLD, and COLLOTON, Circuit Judges.

——————————

PER CURIAM.

Guatemalan citizen Ramon Tino Tomas petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge to deny withholding of removal, and relief under the Convention Against Torture. After careful consideration, we conclude that substantial evidence

supports the decision.  <u>See</u> <u>De Castro-Gutierrez v. Holder</u>, 713 F.3d 375, 379, 381-82 (8th Cir. 2013).  The petition for review is denied.  <u>See</u> 8th Cir. R. 47B.

_____